UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL McCRAY,

                            Plaintiff,

                                                            ORDER
v.                                                           07-CV-258A

MICHAEL S. FURMAN, et al.,

                            Defendants.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 18, 2008, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, the case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                     s/ *Richard J. Arcara*
                                                   HONORABLE RICHARD J. ARCARA
                                                   CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT

DATED:  May  9, 2008